Michael D. McLachlan (State Bar No. 181705)
*mike@mclachlan-law.com*
**McLACHLAN LAW, APC**
2447 Pacific Coast Highway, Suite 100
Hermosa Beach, California 90254
Telephone: (310) 954-8270
Facsimile: (310) 954-8271

Attorneys for Defendant VALIDATION PARTNERS LLC

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZ II HOLDING, LLC, a Nevada limited liability company;<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE LITIGATION PRACTICE GROUP PC; TONY DIAB; VALIDATION PARTNERS, LLC and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 8:23-cv-00030-JWH-ADS<br><br>**DECLARATION OF RUSS SQUIRES IN SUPPORT OF OPPOSITION TO EX PARTE APPLICATIONS FOR WRITS OF ATTACHMENT AND TEMPORARY PROTECTIVE ORDERS** |

# DECLARATION OF RUSS SQUIRES

I, Russ Squires, declare and state:

1. I make this declaration of my own personal knowledge, and if called to testify in Court on these matters, I could do so competently.

2. I submit this declaration in support of Defendant Validation Partners' Opposition to Ex Parte Application for Writes of Attachment and Temporary Restraining Order.

3. I am the CEO of Validation Partners, LLC and have held that position since its inception in 2021. I am also the manager for other small investor fund entities that invested in The Litigation Practice Group's ("LPG") debt resolution practice through Validation Partners (see ¶¶ 6-7 below).

4. The total amount of money Defendant raised from its investors is $106,220,350 (all for LPG account investment). The investors were promised a 35% over a thirteen-month period, which equates to $141,807,619. The total amount of money returned to investors is $36,237,786, and hence the balance owed to them is $105,569,824. The following is a chart showing the total amount invested by each investment group, the amounts they were owed in return, the net amount due to each:

|  | Investment Total | % of Investment Total | Total Due | Paid Already | Net Due |
|---|---|---|---|---|---|
| McKenna | 25,794,600 | 24.28% | 34,822,710 | 9,374,850 | 25,447,860 |
| PECC | 22,000,000 | 20.71% | 29,700,000 | 10,212,000 | 19,488,000 |
| Naz II | 2,000,000 | 1.88% | 2,700,000 | 1,860,000 | 840,000 |
| Zook | 42,000,000 | 39.54% | 56,700,000 | 11,520,000 | 45,180,000 |
| 506 Group | 8,100,750 | 7.63% | 9,720,900 | 2,551,736 | 7,169,164 |

*McLachlan Law, APC*
2447 Pacific Coast Highway, Suite 100
Hermosa Beach, CA 90254

| | | | | | |
|---|---|---|---|---|---|
| Friends & Family | 1,990,000 | 1.87% | 2,587,000 | 199,000 | 2,388,000 |
| Debt Clearing | 1,835,000 | 1.73% | 2,202,000 | 220,200 | 1,981,800 |
| Naz II, part 2 | 2,500,000 | 2.35% | 3,375,000 | 300,000 | 3,075,000 |
| | 106,220,350 | 100.00% | 141,807,610 | 36,237,786 | 105,569,824 |

5. The pro rata percentage remaining to be paid to each investor group, based on the foregoing, is as follows: Zook (42.8%); McKenna (24.11%); PECC (18.46%); 506 Group (6.79%); Naz (3.71%); Friends & Family (2.26%); Debt Clearing (1.88%). These percentages total 100 percent.

6. However, it is not the case that each investor group has a claim to each dollar that comes into Validation Partners. For example, Validation Partners Fund III, LLC ("VPF III") is comprised of 88 individual investors from an investment group called the 506 Investor Group, referenced in the table above. Through Validation Partners, VPF III has invested $8,100,750 in LPG's practice since March 2022. The 506 Group/VPF III has 3,846 specifically identified accounts receivable files assigned to it – essentially, they purchased a portion of the revenue stream on those specific accounts. If LPG was meeting its obligations, monies originating from those accounts should be paid back in part to 506 Group/VPF III (and not to other investors).

7. Beyond this point, Validation Partners, and I as its CEO and manager of some of the investment funds, have duties to all investors, not just Naz II. If Litigation Practice Group begins paying again, I cannot send 100% of that money to Naz, particularly if some of it derives from specific accounts owed by other investors. The revenue that comes into Validation Partners should be repaid to investors in some equitable fashion. For example, I am also the manager of Validation Partners Friends and Family Fund, LLC ("F&FF") is comprised of

3
**DECLARATION OF RUSS SQUIRES**

eleven individual investors, much like the owner of Naz II. Through Validation Partners, F&FF has invested $1,990,000 in LPG's practice since March of 2022. As the manager of F&FF, I am obligated to see that they also receive returns if and when payment is secured from LPG.

8. It is also correct that Validation Partners presently has no cash hand to attach in any event. The only real asset Validation Partners has is the money it is owed by LPG.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of January 2023, at Glendale, California.

_____
Russ Squires

*McLachlan Law, APC*
2447 Pacific Coast Highway, Suite 100
Hermosa Beach, CA 90254